IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONICA IVEN,

      Plaintiff,

v.   Civ. No.   21-00541 SMV

KILOLO KIJAKAZI,[1]
Acting Commissioner of the Social Security Administration,

      Defendant.

### ORDER ON UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through February 14, 2022, to serve the Motion to Reverse or Remand for a Rehearing with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through April 15, 2022, to serve her Response, and Plaintiff through April 29, 2022, to serve the reply.

                                                    HONORABLE STEPHAN M. VIDMAR
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

Submitted and Approved By:


*/s/ Laura Joellen Johnson*
Laura Joellen Johnson
MICHAEL ARMSTRONG LAW
Attorneys for Plaintiff
8809 Washington St. NE, Suite 125
Albuquerque, NM  87113
(505) 890-9056
(505) 266-5860 fax


Email Approval on January 14, 2022
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax