IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONICA IVEN,

      Plaintiff,

vs.                                                      CIV NO. 1:21-00541-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 23) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 22), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until May 16, 2022, to file a response, and Plaintiff shall have until May 30, 2022, to file a reply.

SIGNED April 8, 2022.

                                                                                 **STEPHAN M. VIDMAR**
                                                                                 **United States Magistrate Judge**
                                                                                 **Presiding by Consent**

SUBMITTED AND APPROVED BY:

*Electronically submitted 04/08/2022*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved 04/08/2022*
LAURA J. JOHNSON
Attorney for Plaintiff